Certificate Number: 11760-PAE-DE-031630516

Bankruptcy Case Number: 18-15625



11760-PAE-DE-031630516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2018, at 6:50 o'clock PM PDT, Allison Silliman completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 17, 2018            By:    /s/Jennifer L Walter

                                       Name:  Jennifer L Walter

                                       Title: Teacher

Certificate Number: 11760-PAE-DE-031630529

Bankruptcy Case Number: 18-15625



11760-PAE-DE-031630529

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2018</u>, at <u>6:51</u> o'clock <u>PM PDT</u>, <u>Jeffrey Silliman</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 17, 2018</u>            By:   <u>/s/Jennifer L Walter</u>

Name:   <u>Jennifer L Walter</u>

Title:   <u>Teacher</u>